# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KARA FREEL-SPARKS,<br><br>           Plaintiff,<br><br>v.<br><br>SEATTLE SCHOOL DISTRICT NO. 1,<br><br>           Defendant. | JUDGMENT IN A CIVIL CASE<br><br>CASE NO. C15-0993JLR |

__     **Jury Verdict**. This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X     **Decision by Court**. This action came to consideration before the court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

Plaintiff is awarded attorneys' fees in the amount of $23,871.25 and costs in the amount of $1,709.72.  (*See* 1/7/16 Am. Order (Dkt. # 18).)

Filed this 8th day of January, 2016.

                                                             WILLIAM M. MCCOOL<br>
                                                             Clerk of Court

                                                             s/Casey Condon<br>
                                                             Deputy Clerk